UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10340
Summary Calendar
_____

AHMED A. AZZEEM,

Plaintiff-Appellant,

versus

BEN CLICK; LOUIS FELINI, Police Officer of the City of
Dallas Police Department; STATE OF TEXAS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:94-CV-1017-D)
_____

March 5, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Ahmed A. Azzem appeals the district court's denial, on remand, of
his motion for the appointment of counsel.  We have reviewed the record
and the district court's findings, **Azzeem v. Click**, No. 3:94-CV-1017-X
(N.D. Tex. Jan. 5, 1996), and find no abuse of discretion.

**AFFIRMED.**

_____

[*]     Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in Local Rule 47.5.4.